

FILED

APR 1 3 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-01-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| ROBERT WILLIAM STUBBINS, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The defendant appeared before the Court on April 3, 2017, and entered a plea of guilty to Count I and Count III of the Indictment. He also admitted the forfeiture allegation. Stubbins' plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Stubbins' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- a Hi-Point 9mm pistol (serial number P197719);

- a Remington Howa .22-250 rifle (serial number B198900);

1

- a chrome .40 caliber pistol; and

- a chrome over and under .22 caliber pistol with a white handle.

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 13th day of April, 2017.

SAM E. HADDON
United States District Court Judge