IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM STUBBINS,<br><br>Defendant. | CR 17-01-H-SEH<br><br>FINAL ORDER OF FORFEITURE |
|---|---|

**FILED**
JUL 14 2017
Clerk, U.S. District Court
District Of Montana
Helena

This matter comes before the Court on the Government's Motion for Final Order of Forfeiture. Having reviewed said motion, the court FINDS:

1) That the United States commenced this action pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1);

2) The Preliminary Order of Forfeiture was entered on April 13, 2017 (Doc. 31);

3) That all known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4) That it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED and ADJUDGED that:

1) The Unopposed Motion for Final Order of Forfeiture and Judgment (Doc. 33) is GRANTED.

2) Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), free from the claims of any other party;

- a Hi-Point 9mm pistol (serial number P197719);
- a Remington Howa .22-250 rifle (serial number B198900);
- a chrome .40 caliber pistol; and
- a chrome over and under .22 caliber pistol with a white handle.

3) The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 14th day of July, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Court Judge

2