# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-01-H-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| WILLIAM ROBERT STUBBINS, | |
| Defendant. | |

Defendant William Robert Stubbins having filed a Second Motion to Enlarge Time to File Supplemental Brief requesting that the supplement brief be due on or before October 21, 2022, there being no objection from the government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Defendant Stubbins' supplemental brief is due on or before October 21, 2022.

DATED this 19th day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court