IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ROBERT STUBBINS,<br><br>Defendant. | CR 17-01-H-BMM<br><br><br><br>ORDER |

Defendant William Robert Stubbins having filed a Third Motion to Enlarge Time to File Supplemental Brief requesting that the supplement brief be due on or before November 21, 2022, there being no objection from the government and good cause appearing therefor; **IT IS HEREBY ORDERED** that Defendant Stubbins shall file his supplemental brief on or before November 21, 2022.

DATED this 17th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court